JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-357-RSL |
| Plaintiff, | |
| v. | ORDER |
| RASHAD PARIS KIMBROUGH, | |
| Defendant. | |

Having heard from the parties and from Mr. Kimbrough, the Court finds Mr. Kimbrough has committed violations 1-3. The Court imposes a sentence of time served and continues Mr. Kimbrough's current term of supervised release.

DONE this 4th day of April, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Rashad Kimbrough

ORDER
(*Rashad Kimbrough*, CR09-357-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100